CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on September 15, 2009 by Clerk U.S. Bankruptcy Court Southern District of California

In Re



Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

**ORDER ON**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion/Application Docket Entry No. _____

//
//
//
//
//
//

DATED: September 14, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for ☐ Movant ☐ Respondent

CSD 1001A

CSD 1001A

*Signed by Judge Louise DeCarl Adler September 14,2009*